

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JRS/GK/DAS

271 Cadman Plaza East
Brooklyn, New York 11201

February 16, 2023

By ECF

The Honorable Eric R. Komitee
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. Jane Doe
      Criminal Docket No. 23-48 (EK) (TAM)

Dear Judge Komitee:

  On February 14, 2023, the defendant pleaded guilty before United States Magistrate Judge Taryn A. Merkl. Judge Merkl recommended that the Court accept the defendant's guilty plea. See Feb. 14, 2023 Plea Tr. 34:16-35:1. By this letter, the government respectfully requests that the Court accept the defendant's guilty plea. The government has conferred with counsel for the defendant, who consent to this request.

  The government encloses a proposed order.

            Respectfully submitted,

            BREON PEACE
            United States Attorney

      By:  /s/
            Jonathan Siegel
            Gillian Kassner
            Dylan A. Stern
            Assistant U.S. Attorneys
            (718) 254-6293 (Siegel)

cc: Clerk of the Court (via ECF and E-Mail)
   Defense counsel (via ECF and E-Mail)