UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

United States of America

        Plaintiff(s),

v.

Jane Doe

        Defendant(s).

1:23-cr-00048-EK-TAM

**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL** *PRO HAC VICE*

---

I, Michael V Schafler , being duly sworn, hereby depose and say as follows:

1. I am a(n) Partner with the law firm of Cohen Williams LLP .
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3. As shown in the Certificate)s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of California .
4. There are no pending disciplinary proceedings against me in any state or federal court True
5. I Have not been convicted of a felony. If you have, please describe facts and circumstances.
6. I Have not been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.
7. Attorney Registration Number(s) if applicable: 212164
8. Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in case 1:23-cr-00048-EK-TAM for Defendant Jane Doe .

Date 2/16/23

Signature of Movant
Firm Name Cohen Williams LLP
Address 724 S. Spring Street, 9th Floor
Los Angeles, CA 90014

**NOTARIZED**

Email mschafler@cohen-williams.com
Phone (213) 232-5160



RAUL CHAVARIN
COMM. #2321039
Notary Public - California
Los Angeles County
My Comm. Expires Feb. 10, 2024



# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### *MICHAEL V. SCHAFLER*

*I, JORGE E. NAVARRETE, Clerk of the Supreme Court of the State of California, do hereby certify that MICHAEL V. SCHAFLER, State Bar no. 212164, was on the 2ND day of January, 2001, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 9TH day of February, 2023.*

JORGE E. NAVARRETE
*Clerk of the Supreme Court*

By: _____
Simone Voltz, Supervising Deputy Clerk

# ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of _____Los Angeles_____)

On __02/16/23__ before me, __Raul Chavarin, Notary__
(insert name and title of the officer)

personally appeared __Michael Schafler__,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature __[signature]__          (Seal)

RAUL CHAVARIN
COMM. #2321039
Notary Public - California
Los Angeles County
My Comm. Expires Feb. 10, 2024